IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

|  |  |
|---|---|
| IN RE AIR DISASTER AT ) | MDL Docket No. 1308 |
| LITTLE ROCK, ARKANSAS ) |  |
| ON JUNE 1, 1999 ) | 99 CV 1308 |
| ) | Hon. G. Thomas Eisele |
| ) | THIS PLEADING RELATES TO: |
| ) | Jimmy Manus et al. |
| ) | No. 4:99CV00611 GTE |

## SATISFACTION OF JUDGMENT

The Judgment entered in this cause *nunc pro tunc* on April 30, 2001 in favor of Plaintiffs, in the total sum of $3,353,000.00 plus interest and costs, is satisfied in full this 21st day of January, 2003, and the Clerk of the Court, and any deputy, is authorized to enter this Satisfaction of Judgment on behalf of the Plaintiffs and their attorneys.

Jim Jackson
Boswell, Tucker & Brewster
P.O. Box 798
Bryant, AR 72089
(501) 847-3031

ATTORNEYS FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

On this **21st** day of January, 2003, a copy of the foregoing was mailed to:

D. Keith Fortner
Barber, McCaskill, Jones & Hale, P.A.
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414

*Jim Jackson*
Jim Jackson